IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GERARDO DIAZ RUIZ,<br><br>Petitioner,<br>vs.<br><br>JESSE SLAUGHTER, Sherriff, Cascade County; ZACHARY CROSSON, Chief Patrol Agent of the Havre Sector, U.S. Customs and Border Patrol; MICHAEL BERNACKE, Utah Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; TODD BLANCHE, Attorney General of the United States, *in their official capacities*,<br><br>Respondents. | CV 26-313-GF-BMM<br><br>**ORDER TO VACATE HEARING** |

Respondents have filed an unopposed motion to vacate the hearing on Petitioner's Order to Show Cause, currently scheduled for October 6, 2026 in Great Falls, Montana, and instead permit submission on the briefs. With good cause shown, the motion is hereby GRANTED.

The October 6, 2026 hearing is VACATED. This case is submitted on the briefs.

**DATED** this 5th day of October, 2026.

Brian Morris, Chief District Judge
United States District Courts